UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

UNITED STATES OF AMERICA,
    Plaintiff,
    v.
ROMAN IAKOVLEV
    Defendant.

Case No. 1:18-cr-00109(8)

2018 AUG 21 PM 3: 10

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: Julie Wolfer (Official)
United States Attorney: Matthew Singer/Megan Gaffney
Defendant Attorney: Edward McTigue (Retained)

Date/Time: 8/21/18 @ 1:30 PM

Interpreter: Inna Owens (Russian - Language Skilled)

*Initial Appearance:* ☐ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☐ Counsel present
☐ *Pretrial Release Violation*
☐ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☐ Defendant informed of his / her rights ☐ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☐ Financial affidavit presented to the Court/Defendant
☐ Counsel appointed (☐ FPD ☐ CJA) ☐ Charging document unsealed upon oral motion of the United States

*\*Detention:* ☒ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____
☐ Detention is moot - serving state sentence
Defendant Witness _____
☐ OR ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew

Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to

*Pretrial Bond Violation Hearing*:
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on* ☒ *Indictment* ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☒
Defendant pleads: ☐ GUILTY ☒ NOT GUILTY
☐ PSI ordered
☐ Sentencing set for _____
☒ Case to proceed before **JUDGE BLACK**

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing
☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered
Removed to _____
☐ Probable Cause Found

Remarks:
*As Defendant already had a detention hearing in the arresting district (W. D. of North Carolina), the Court finds Defendant is not entitled to a second detention hearing. Any further requests for bond reconsideration must be made to the assigned district judge.