## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:18CR109 |
| | : | |
| Plaintiff, | : | Judge Black |
| | : | |
| v. | : | |
| | : | |
| ROMAN IAKOVLEV, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

### NOTICE REGARDING PASSPORTS

Counsel hereby provides notice to this Court that he is in possession of three passports. Counsel has made clear in prior filings that Mr. Iakovlev is willing to turn over passports for himself, his wife, and his child in the event this Court grants his request for bond. This notice is filed so that the Court is aware that counsel will immediately provide the passports without delay to the probation office if this Court were to grant the bond request currently under consideration.

Respectfully submitted,

**/s/Edward J. McTigue**
Edward J. McTigue (0002077)
Attorney for Defendant, Roman Iakovlev
810 Sycamore Street, Sixth Floor
Cincinnati, Ohio 45202
Telephone: (513) 338-5611
Facsimile: (513) 241-1572
Email: ejmctigue@cincilaw.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via this

Court's electronic filing system on all counsel of record on this 2nd day of July 2019.

/s/Edward J. McTigue
Edward J. McTigue (0002077)