U.S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:18-cr-00109-TSB-8 |
| | : | (*Judge Black*) |
| Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | **AFFIDAVIT OF ROMAN IAKOVLEV** |
| ROMAN IAKOVLEV | : | |
| | : | |
| Defendant. | : | |

STATE OF OHIO        :
                     :SS
COUNTY OF HAMILTON   :

Now comes Roman Iakovlev, and after being first duly cautioned and sworn, deposes and states as follows:

(1) That he is the Defendant in the above-captioned case.
(2) That he signed a Plea Agreement in this case on or about the 17th day of April 2020.
(3) That he is requesting that this Court order a presentence investigation be performed on him and that it be submitted to the Court. Thereafter, Defendant requests that this Court conduct its plea hearing and its sentencing hearing on the same date.
(4) That Affiant is aware of the provisions set forth in Federal Rule of Criminal Procedure 11(d)(2)(B) and hereby waives any protection which may be afforded to him by virtue of said rule.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Roman Iakovlev, Affiant

Sworn to and subscribed in my presence this 22 day of April 2020.

_____
Notary Public, State of Ohio

EDWARD J. McTIGUE
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Date. Section 147.03 O.R.C.